OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

October 11, 2022

Curtis L. Howell
234 Gibson St
Lowell, MA 01851

Re: **Howell v. MA Department of Housing & Community Development, et al.**
**Appeal No. 22-1474**
Related Appeals:
Howell v. Lowell Police Department, et al.
Appeal No. 22-1469;
Howell v. Massachusetts Attorney General, et al.
Appeal No. 22-1475;
Howell v. Middlesex Community College
Appeal No 22-1511

Dear Curtis Howell:

This will acknowledge receipt of your Notice of Appeals of Rulings and Request of All Rulings and Judges Mental Impressions for Further Review Options, filed in Howell v. MA Department of Housing & Community Development, et al., Appeal No. 22-1474, and related appeals.

Your motion is pending consideration by this court. To the extent that you indicate this motion is also a notice of appeal and request for further review by mandamus and writ of certiorari, please be advised that judgment has not yet issued in this appeal, as Appeal No. 22-1474 is still in the briefing phase of the appeal process.

To the extent that you may seek further review by the U.S. Supreme Court once the time becomes ripe to do so, your only means of review by the U.S. Supreme Court is by filing a petition for writ of certiorari. See 28 U.S.C. § 1254. A petition for writ of certiorari must be filed directly with the U.S. Supreme Court and not with this court. Sup. Ct. R. 12.

If you have any questions about seeking Supreme Court review, you should contact the Clerk's Office of the United States Supreme Court, 1 First St., N.E., Washington, D.C. 20543, (202) 479-3000, and they will further advise you.

Sincerely,

Maria R. Hamilton, Clerk

cc:
Rene M. Pickett
Donald Campbell Lockhart
Maura Tracy Healey
William John Deachman
Brittney Ann Millay
Steven M. Richard
Nieve Anjomi