# United States Court of Appeals
## For the First Circuit

No. 22-1469

CURTIS HOWELL,

Plaintiff - Appellant,

v.

THOMAS PETER SIOPES; LT. FAY; JOHN LEAHY, Mayor of Lowell; SOKHARY CHAU, Mayor of Lowell; KELLY RICHARDSON, Police Commissioner; RICHARD CESARZ, Lowell Police Officer,

Defendants - Appellees,

DEPARTMENT OF JUSTICE; LOWELL REGIONAL TRANSPORTATION AUTHORITY; LOWELL POLICE DEPARTMENT; WILLIAM SAMARAS, City of Council; CITY OF LOWELL,

Defendants.

**MANDATE**

Entered: October 20, 2022

In accordance with the judgment of September 30, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Curtis L. Howell
Donald Campbell Lockhart
Rene M. Pickett